**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **CLARISHA BENSON** and **LORENZO SMITH,** individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiffs, | ) No. 17-CV-3519<br>)<br>) |
| v. | ) Hon. Sara L. Ellis<br>) |
| **FANNIE MAY CONFECTIONS BRANDS, INC.**, an Illinois corporation, | )<br>)<br>)<br>) |
| Defendant. | ) |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN THAT Plaintiffs, Clarisha Benson and Lorenzo Smith, individually and on behalf of all others similarly situated, by their attorneys, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the District Court's memorandum opinion and order of December 10, 2018 (Dkt. #51).

    Respectfully submitted,

    CLARISHA BENSON and LORENZO SMITH,
    individually and on behalf of all others
    similarly situated

    /s/ *Kasif Khowaja*
    Attorney for Plaintiffs

    Kasif Khowaja
    The Khowaja Law Firm, LLC
    8 South Michigan Ave. Suite 2600
    Chicago, IL 60602
    312-356-3200
    kasif@khowajalaw.com

CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on January 4, 2019, he caused the foregoing notice, together with the document referenced therein, filed via the CM/ECF system, which will serve notice of such filing on all counsel of record.

/s/ Kasif Khowaja
Attorney for Plaintiffs